ALDEN J. PARKER (SBN 196808)
Email: aparker@fisherphillips.com
ROBERT A. SARKISIAN (SBN 327364)
Email: rsarkisian@fisherphillips.com
FISHER & PHILLIPS LLP
621 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 210-0400
Facsimile: (916) 210-0401

Attorneys for Defendant
LAND OCEAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAND OCEAN, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No: 2:21-cv-00105-JAM-AC<br><br>**SECOND JOINT STIPULATION TO CONTINUE PLAINTIFF VALERIE BROOKS' DEADLINE TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES NOS. 1-25 IN DEFENDANT'S ANSWER; ORDER**<br><br>Complaint Filed: January 20, 2021<br>Trial Date: None Set |

Pursuant to Local Rule 144(a), Plaintiff Valerie Brooks ("Plaintiff") and Defendant Land Ocean, Inc. ("Defendant"), by and through their counsel, hereby stipulate to, and respectfully apply to the Court for an order extending Plaintiff's deadline to file her Motion to Strike All Affirmative Defenses in Defendant's Answer.

**WHEREAS**, on January 20, 2021, Plaintiff filed her Complaint ("Complaint") against Defendant;

**WHEREAS**, on April 26, 2021, Defendant filed their Answer to Plaintiff's Complaint ("Answer");

**WHEREAS**, on May 14, 2021, the Court granted the Parties' Joint Stipulation to Continue Plaintiff's Deadline to File Her Motion to Strike through May 31, 2021;

///

1

**WHEREAS**, the parties are still engaged in ongoing settlement negotiations and the parties seek additional time to further evaluate the prospects for early resolution, which would conserve party and judicial resources;

**WHEREAS**, the parties have conferred and agreed that an extension of Plaintiff's deadline to file a Motion to Strike until June 14, 2021 will benefit both parties and preserve this Court's judicial resources;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and through the undersigned counsel, that the time for Plaintiff to file her Motion to Strike is extended through and including June 14, 2021.

**IT IS SO STIPULATED.**

Dated: May 29, 2021

**FISHER & PHILLIPS LLP**

By: */s/ Robert A. Sarkisian*
ALDEN J. PARKER
ROBERT A. SARKISIAN

Attorneys for Defendant
LAND OCEAN, INC.

Dated: May 29, 2021

**WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
THIAGO M. COELHO
JASMINE BEHROOZAN

Attorneys for Plaintiff
VALERIE BROOKS

# ORDER

The Court, having reviewed the Joint Stipulation of the Parties and finding good cause, hereby issues an Order to:

1. Extend Plaintiff's deadline to file her Motion to Strike All Affirmative Defenses in Defendant's Answer from May 31, 2021 to June 14, 2021

**IT IS SO ORDERED.**

DATED: May 28, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE