# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, | **CONSENT ORDER** |
| Plaintiff(s) | |
| v. | Case No.:   2:21-cv-00105 JAM AC |
| LAND OCEAN, INC., | |
| Defendant(s) | |

  Each of the parties in the above-captioned case stipulated to proceed before a United States Magistrate Judge. See 28 U.S.C. § 636(a)(5) and (c). See also ECF No. 14. According to E.D. Cal. LR. 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

  The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS HEREBY ORDERED that any hearing dates currently set before the undersigned are VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to the Honorable, Magistrate Judge Allison Claire.  The parties shall please take note that all documents hereafter filed with the Clerk of the Court shall bear case number: 2:21-cv-00105 AC.

Dated:  June 8, 2021          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

Having also reviewed the file, I accept reference of this case for all further proceedings and entry of final judgment.

Dated: June 9, 2021           *[signature: Allison Claire]*
                              THE HONORABLE ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE