UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LAND OCEAN, INC. a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00105-AC<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**[L.R. 144 (A)]** |

WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Plaintiff shall have an extension of twenty-one (21) days, to July 23, 2021, in which to file a Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED**

DATED: July 22, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE