WILSHIRE LAW FIRM, PLC
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>LAND OCEAN, INC. a California corporation; and DOES 1 to 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-00105-AC<br><br>**[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES**<br><br>**[L.R. 144 (A)]** |

As a result of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Plaintiff shall have an extension of twenty-one (21) days, to August 13, 2021, in which to file a Motion to Strike Affirmative Defenses.

**IT IS SO ORDERED**

DATED: August 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[PROPOSED] ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE A MOTION TO STRIKE AFFIRMATIVE DEFENSES