# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE BROOKS, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>      v.<br><br>LAND OCEAN, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>            Defendants. | Case No.: 2:21-cv-00105-AC<br><br>CLASS ACTION<br><br>Assigned to: Judge Allison Claire<br><br>**[PROPOSED]** ORDER GRANTING STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE<br><br>Complaint Filed: January 20, 2021<br>Trial Date:       None Set |

IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Valerie Brooks and Defendant Land Ocean, Inc.'s jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action, is GRANTED in full. Each party shall bear his or its own fees and costs.

IT IS SO ORDERED.

Dated: October 19, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE